IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUN 1 4 2007
OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR201 |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | **ORDER** |
| MICHAEL WRIGHT, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Bryan C. Meismer, as a Criminal Justice Act Training Panel Member, to assist in the defense of Michael Wright.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Bryan C. Meismer is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Bryan C. Meismer shall not be eligible to receive compensation for services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, Michael Wright.

Dated: 6/14/07

BY THE COURT:

UNITED STATES MAGISTRATE JUDGE